UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DORITA HILL,** | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No. 4:11CV874SNLJ/TCM |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | ) ) ) |
| Defendant. | ) ) |

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [20], filed August 2, 2012,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Thomas C. Mummert, III. [20], filed August 2, 2012 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in her Complaint and Brief in Support of Complaint be and is **DENIED.**

**IT IS FINALLY ORDERED** that judgment be entered in favor of the defendant Commissioner.   This Court does not retain jurisdiction of this matter.

Dated this    27th    day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE